IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | |
|---|---|
| DDR HOLDINGS, LLC, ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:13-cv-646 |
| ) | |
| WORLD TRAVEL HOLDINGS, INC., ) | |
|       Defendant. ) | |
| ) | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Plaintiff DDR Holdings, LLC ("DDR") and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of DDR.

          Respectfully submitted,

          */s/ Michael C. Smith*
          Michael C. Smith
          State Bar No. 18650410
          Siebman, Burg, Phillips & Smith, LLP
          113 E. Austin Street
          P.O. Box 1556
          Marshall, Texas 75671
          Office: (903) 938-8900
          (Fax): (903) 767-4620
          michaelsmith@siebman.com

          ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 20th day of August, 2013.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith